UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MAURICE R. GREENBERG,**<br><br>                     *Plaintiff*<br><br>            v.<br><br>**AMERICAN INTERNATIONAL GROUP, INC., MARTIN J. SULLIVAN, STEVEN J. BENSINGER, JOSEPH CASSANO, STEPHEN F. BOLLENBACH, GEORGE L. MILES, JR., MORRIS W. OFFIT, and MICHAEL H. SUTTON,**<br><br>                     *Defendants* | **ORAL ARGUMENT REQUESTED**<br><br>ECF CASE<br><br>09 Civ. 1885 (LTS)<br><br>**<u>AMENDED NOTICE OF MOTION</u>** |

     PLEASE TAKE NOTICE, that upon the annexed Declaration of S. Christopher Provenzano, sworn to on August 26, 2009, along with the exhibits attached thereto and the accompanying Memorandum of Law, and the Declaration of Joseph S. Allerhand annexed to AIG's Motion to Dismiss the Amended Complaint being filed concurrently by defendant AIG, the undersigned will move this Court, before the Honorable Laura Taylor Swain, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, Courtroom 11C, New York, New York 10007, on such date and at such time as the Court may direct, for an Order, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the Amended Complaint, dated May 19, 2009, for failure to state any claim upon which this Court may grant relief.

     Further, pursuant to the Court's Individual Practices Rule 2.B., the movant hereby certifies that prior to filing the instant matter, he applied his best efforts to resolve informally the matters raised in the current submission before this Court.

     This amended notice of motion is filed to correct a typographical error contained in the original notice, filed August 5, 2009, as docket no 34.

Dated:  New York, New York
       December 22, 2009

                MAYER BROWN LLP

            By: /s/ Richard A. Spehr
                Richard A. Spehr
                Joseph De Simone
                S. Christopher Provenzano
                Bradford Jealous, III
                MAYER BROWN LLP
                1675 Broadway
                New York, New York 10019
                (212) 506-2500
                Attorneys for Steven J. Bensinger