UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAURICE R. GREENBERG
    Plaintiff,

vs.

AMERICAN INTERNATIONAL GROUP, INC., et al.

    Defendants.

Case No. 09-CV-1885 (LTS)

---

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

WHEREAS, on February 27, 2009, Plaintiff Maurice R. Greenberg filed the above-captioned securities action.

WHEREAS, on August 5, 2009, all Defendants filed motions to dismiss the above-captioned action.

WHEREAS, on November 12, 2009, Plaintiff filed an opposition to Defendants' motions to dismiss.

WHEREAS, the above-captioned action was the subject of a broader mediation between Plaintiff and Defendant American International Group, Inc.

WHEREAS, on November 25, 2009, Plaintiff and Defendant reached an overall settlement with respect to various matters that requires Plaintiff to seek to dismiss the above-captioned action with prejudice.

WHEREAS, on December 22, 2009, the Court terminated the motions to dismiss without prejudice to restoration and completion of briefing upon the letter request of any party.

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff and Defendants, through their respective counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1), that the above-captioned action be dismissed as to all defendants, in its entirety, with prejudice, and with each party to bear their own costs and attorneys' fees.

BOIES, SCHILLER & FLEXNER LLP

By: /s/ Steven I. Froot

Steven I. Froot
Nicholas A. Gravante Jr.
Vincent Y. Liu
575 Lexington Avenue
7th Floor
New York, NY 10022
Telephone: (212)-446-2300
Facsimile: (212)-446-2350
ngravante@bsfllp.com
sfroot@bsfllp.com
vliu@bsfllp.com

*Attorneys for Plaintiff Maurice R. Greenberg*

Dated: February 4, 2010

3

WEIL, GOTSHAL & MANGES LLP

By: /s/ Joseph S. Allerhand
Joseph S. Allerhand
Robert F. Carangelo
Stacy Nettleton
767 Fifth Avenue
New York, NY  10153
Telephone:  (212) 310-8000
Fax:  (212) 310-8007
joseph.allerhand@weil.com
robert.carangelo@weil.com
stacy.nettleton@weil.com

*Attorneys for Defendant American International Group, Inc.*

Dated: February 4, 2010

SIMPSON THACHER & BARTLETT LLP

By: _____
James Gamble
Michael J. Garvey
Craig S. Waldman
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Fax: (212) 455-2502
jgamble@stblaw.com
mgarvey@stblaw.com
cwaldman@stblaw.com

*Attorneys for Defendants Stephen F. Bollenbach, George L. Miles, Jr., Morris W. Offit and Michael H. Sutton*

Dated: February 4, 2010

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Lee G. Dunst
Lee G. Dunst
F. Joseph Warin
Georgia Winston
200 Park Avenue, 47th Floor
New York, NY  10166
Telephone:  (212) 351-4000
Fax:  (212) 351-4035
ldunst@gibsondunn.com

*Attorneys for Defendant Joseph Cassano*

Dated:  February 2, 2010

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____
   Jamison A. Diehl
   Robert H. Hotz, Jr.
   One Bryant Park
   New York, New York 10036
   Telephone: (212) 872-1000
   Fax: (212) 872-1002
   rhotz@akingump.com
   jdiehl@akingump.com

and

WACHTELL, LIPTON, ROSEN & KATZ
   David M. Murphy
   Meredith L. Turner
   51 West 52nd Street
   New York, New York 10019
   Telephone: (212) 403-1000
   Fax: (212) 403-2000
   dmmurphy@wlrk.com
   mlturner@wlrk.com

*Attorneys for Defendant Martin J. Sullivan*

Dated: February ___, 2010

MAYER BROWN LLP

By: */s/ Joseph De Simone*
Richard A. Spehr
Joseph De Simone
1675 Broadway
New York, NY 10019-5820
Telephone: (212) 506 2500
Fax: (212) 262-1910
jdesimone@mayerbrown.com
rspehr@mayerbrown.com

*Attorneys for Defendant Steven J. Bensinger*

Dated: February 4, 2010